UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------ x

JEFFREY UNDERWOOD,

                                                Plaintiff,            <u>**NOTICE OF APPEARANCE**</u>

                -against-

THE CITY OF NEW YORK, THE NEW YORK CITY          07 CV 7094 (RJH)
POLICE DEPARTMENT, individually and in their official
capacity as NEW YORK CITY POLICE OFFICERS-
DETECTIVE DANIEL RYAN SH#6878, NBBX,
UNDERCOVER POLICE OFFICER #8130 and John Doe
Police Officers,

                                            Defendants.,

                                            Defendants.

------------------------------------------------------------------ x

        **PLEASE TAKE NOTICE** that **Stuart E. Jacobs**, Assistant Corporation Counsel, on behalf of the Corporation Counsel of the City of New York, Michael A. Cardozo, appears herein as counsel of record for defendant City of New York in this action.

Dated:  New York, New York
          January 12, 2008

                                                MICHAEL A. CARDOZO
                                               Corporation Counsel
                                               of the City of New York
                                               Attorney for Defendant City of New York
                                               100 Church Street, Rm. 3-311
                                               New York, New York 10007
                                               (212) 788-0899

                                   By:    _____
                                                    Stuart Jacobs (SJ 8379)
                                                    Assistant Corporation Counsel
                                                    Special Federal Litigation Division

To:    <u>BY ECF</u>
         Rudy Valez, Esq.