UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x

JEFFERY UNDERWOOD,

        Plaintiff,

-against-

CITY of NEW YORK, et al,

        Defendant.

------------------------------------------------------------x

07 Civ. 7094 (RJH)

**ORDER**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/11/08

    The pretrial conference scheduled for May 09, 2008 is rescheduled to May 16, 2008, at 10:00 a.m., in the courtroom of the Honorable Richard J. Holwell, Courtroom 17B, 500 Pearl Street, New York, New York 10007.

Dated: New York, New York
January 09, 2008
SO ORDERED:

                                    Richard J. Holwell
                                  United States District Judge