```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/7/08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x

JEFFERY UNDERWOOD,                    :      07 Civ. 07094 (RJH)
                                      :
                   Plaintiff,         :
                                      :
     -against-                        :      **ORDER**
                                      :
CITY of NEW YORK, et al,              :
                                      :
                   Defendant.         :
                                      :
------------------------------------------------------------x

The pretrial conference scheduled for May 09, 2008 is rescheduled to

May 16, 2008, at 10:00 a.m., in the courtroom of the Honorable Richard J. Holwell,

Courtroom 17B, 500 Pearl Street, New York, New York 10007.


Dated: New York, New York
January 10, 2007
SO ORDERED:

_____
Richard J. Holwell
United States District Judge