```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/2/08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

--------------------------------------------------

JEFFREY UNDERWOOD

                Plaintiff,

    -against-

CITY OF NEW YORK, et al.,

                Defendants.

--------------------------------------------------

07 Civ. 7094 (RJH)

**ORDER**

    Counsel for defendants has informed the Court by fax dated April 30, 2008 that this matter has settled.

    Accordingly, it is ORDERED that this action be discontinued without costs (including attorney's fees) to either party and without prejudice to restoration of the action to the calendar of the undersigned within 30 days of the date of this Order if in fact there has not been a settlement of this matter. If either party wishes to reinstate this matter, the party must make a letter application to the undersigned before the 30-day period expires.

    The parties are advised that if they wish the Court to retain jurisdiction in this matter for purposes of enforcing any settlement agreement, they must submit the settlement agreement to the Court within the next 30 days with a request that the agreement be "so ordered" by the Court.

    The clerk is requested to close this case.

SO ORDERED.

Dated: New York, New York
       May 1, 2008

                                                    _____
                                                    Richard J. Holwell
                                                    United States District Judge